IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:97CR97 |
| | ) | |
| vs. | ) | |
| | ) | |
| PRENTICE WIMES, | ) | ORDER TO RELEASE |
| | ) | GARNISHMENT |
| Defendant. | ) | |

This matter comes before this Court on the motion of the plaintiff, United States of America, for an order releasing the garnishment against Sears Holding Corporation, PO Box 2294, Omaha, NE 68103 ([Filing No. 42](#)).

IT IS ORDERED that the garnishment against Sears Holding Corporation, is released.

DATED this 7th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court