IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PRENTICE WIMES<br>        Defendant,<br><br>And<br><br>UNIVERSITY FEDERAL CREDIT UNION,<br><br>        Garnishee. | 8:97CR97 |

**ORDER TO ISSUE WRIT OF GARNISHMENT**

This matter comes before this Court on the Ex-Parte Application For Writ of Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Garnishment against University Federal Credit Union, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against University Federal Credit Union, whose address is Attention: Sandy Gaskamp, 8303 N. Mopac Expressway Austin, TX 78759

DATED this  24  day of  January , 2019.

BY THE COURT:

*Susan M Bazis*
United States Magistrate Judge